# Affidavit of fact

Tariff Sharif Bey

Civil Action No.
1:21-CV-11505-NMG

v.

THE COMMONWEALTH OF MASSACHUSETTS

I am that I am Tariff Sharif Bey a Free Moor American National citizen of the Free National Government of Morocco. I respectfull submit this affidavit of fact to state the following and to request more time to get the required certified copy of trust fund account statement or institutional equivalent to the court. I am being held at Essex County House of Corrections and the Services here are slow or fail to reply. If possible I am requesting the United States District Court for the District of Massachusetts to call, fax or send a agent to request the required documents. This facility refuses to comply with federal directive and has attempted to stop me and my peer in redressing our grievencess in many ways.

In conclusion I Tariff Sharif Bey request the honorable court and its agents to provide more time for the required documents and also send request for what the court requires to acting Sheriff Kevin F. Coppinger and Superintendent Haron Eastman for the commenced civil action.

Peace and Thank you

10/20/21