```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| **TARIFF SHARIF BEY**<br>**A/K/A AARON LAMON JOHNSON,**<br>Plaintiff,<br><br>   v.<br><br>**THE COMMONWEALTH OF**<br>**MASSACHUSETTS,**<br>Defendant. | Civil Action No.<br>21-11505-NMG |

**PROCEDURAL ORDER**

**GORTON, J.**

On September 14, 2021, Tariff Sharif Bey ("Bey"), a pretrial detainee in custody at the Middleton House of Correction, initiated this action by filing a pro se "Affidavit of Fact and Writ of Error." Docket No. 1. Bey did not pay the filing fee nor seek a waiver of prepayment of the filing fee. See Docket.

On October 18, 2021, in response to the Court's October 12, 2021 Procedural Order, see Docket No. 3, Bey filed an application for leave to proceed in forma pauperis. Docket No. 4.

By Electronic Order dated October 27, 2021, the Court deferred action on Bey's application for leave to proceed in forma pauperis and extended to November 19, 2021, the deadline for filing a copy of his prison account statement. Docket No. 6.

The same day, on October 27, 2021, the Court received for filing an "Affidavit of Fact" from Aban El Curragh ("El Currah"). See Docket No. 7. In his affidavit, El Curragh requests "more time to obtain" a copy of his prisoner account statement and also asks the court to contact the treasurer to assist in obtaining a copy of the prison account statement.

El Curragh is not a party to this action. Because El Curragh's affidavit contains the case number 21-11505-NMG, the Clerk entered the affidavit on the docket for the instant action. This court's records indicate that El Curragh is a party to the following three actions: Commonwealth v El Curragh, No. 21-11506-PBS (pending); Moorish Militia, et al. v The Commonwealth of Massachusetts, et al., No. 21-11620-AK (pending); and El Curragh et al. v. The Commonwealth of Massachusetts, et al., No. 21-11668-DLC (pending).

It is unclear from El Curragh's affidavit whether he seeks to file the affidavit on behalf of Bey, which he cannot do. See Local Rule 83.5.5(b) of the Local Rules of the U.S. Dist. Ct. for the Dist. of Mass. ("An individual appearing pro se may not represent any other party and may not authorize any other individual who is not a member of the bar of this district to appear on his or her behalf."). To the extent El Curragh seeks to file the instant affidavit in one of his pending cases,

it is not clear which case, if any, he intends to file his affidavit.

Accordingly, no action will be taken on the affidavit, see Docket No. 7, and Bey is reminded that the deadline for filing a copy of his prison account statement has been extended to November 19, 2021.  The Clerk shall mail copies of this Procedural Order to El Curragh and Bey at the Middleton House of Correction.

**So ordered.**

                                                   /s/ Nathaniel M. Gorton
                                                  Nathaniel M. Gorton
                                                  United States District Judge

Dated: November 3, 2021